AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Millett, Patricia A. | U.S. Court of Appeals for the DC Circuit | 7/6/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

333 Constitution Ave., NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | The ▮▮▮▮ Living Trust dated February 25, 1998, as amended |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 7/6/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 02/2020 | Georgetown Law School teaching compensation (1/15-4/22/2020) | $8,625.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Florida Sugar Cane League, Inc. -- spouse's salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | 1/15-17/2020 | Philadelphia, PA | ALI Council meetings | Transportation & meals |
| 2. | Stanford University Law School | 2/7-8/2020 | Stanford, CA | Stanford Supreme Court at Midterm Conference | Transportation |
| 3. | Duke University School of Law | 2/24-25/2020 | Durham, NC | Moot Court Competition Judge | Transportation |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 7/6/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 7/6/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. US Treasury Bonds | A | Interest | K | T | | | | | |
| 2. Wells Fargo Bank - Various accounts | A | Interest | N | T | | | | | |
| 3. Florida Sugar Cane League, Inc. 401(k) Plan (H) | | | | | | | | | |
| 4. -WF Stable Fund C | A | Dividend | J | T | | | | | |
| 5. -FID FDM idx 2025 INV | D | Int./Div. | N | T | Buy (add'l) | 03/31/20 | J | | |
| 6. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 7. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 8. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 9. American Funds VCSP/College America 529 Plan (H) | | | | | | | | | |
| 10. -AF U.S. Government Money Market - 529A | A | Dividend | M | T | Buy (add'l) | 06/29/20 | J | | |
| 11. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 12. | | | | | Sold (part) | 06/24/20 | J | | |
| 13. | | | | | Sold (part) | 08/07/20 | J | | |
| 14. | | | | | Sold (part) | 08/13/20 | K | | |
| 15. | | | | | Sold (part) | 12/14/20 | K | | |
| 16. | | | | | Sold (part) | 12/28/20 | J | | |
| 17. Brokerage Account #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 7/6/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -Lockheed Martin Corp - Common | E | Int./Div. | O | T | | | | | |
| 19.  Brokerage Account #2 (H) | | | | | | | | | |
| 20.  -Raymond James Bank | A | Interest | | T | | | | | |
| 21.  -T. Rowe Price Capital Appreciation Fund | | None | | | Sold | 03/24/20 | M | | |
| 22.  Brokerage Account #3 UTMA (H) | | | | | | | | | |
| 23.  -T. Rowe Price Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 24.  Brokerage Account #4 UTMA (H) | | | | | | | | | |
| 25.  -T. Rowe Price Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 26.  Prudential (H) | | | | | | | | | |
| 27.  -AST Academic Strategies Asset Alloc Port | A | Interest | J | T | | | | | |
| 28.  Revocable Trust Liv Trust Jackson Na (H) | | | | | | | | | |
| 29.  -JNL/Lazard Emerging | | None | J | T | | | | | |
| 30.  -JNL/Mellon S&P 400 | | None | | | Sold | 03/20/20 | J | A | |
| 31.  -JNL/Mellon Cap Small Cap | | None | | | Sold | 03/12/20 | J | A | |
| 32.  -JNL/Mellon Tech | | None | J | T | | | | | |
| 33.  -JNL/Mellon Healthcare | | None | J | T | | | | | |
| 34.  -JNL/Invesco China-India | | None | | | Sold | 03/12/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 7/6/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -JNL T.Rowe Price Mgd Vol | | None | K | T | | | | | |
| 36. -JNL Tactical ETF Growth | | None | K | T | Sold<br>(part) | 03/14/20 | K | A | |
| 37. -JNL Tactical ETF Growth | | None | K | T | Sold<br>(part) | 11/04/20 | K | A | |
| 38. -JNL/Lazard IntlStratEq | | None | | | Sold | 03/25/20 | J | A | |
| 39. Brokerage- - non-retirement (H) | | | | | | | | | |
| 40. -Oppenheimer Global | | None | J | T | Sold<br>(part) | 03/12/20 | J | A | |
| 41. -Invesco/Oppenheimer Senior Floating Rate CL C | A | Dividend | | | Sold | 03/12/20 | J | A | |
| 42. -Invesco/Intermediate Term Muni Income | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 43. -Invesco/Intermediate Term Muni Income | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 44. Brokerage -- retirement (H) | | | | | | | | | |
| 45. -Putman Absolute Return 700 | | None | J | T | Sold<br>(part) | 04/07/20 | J | A | |
| 46. -Principal Global Diversivied Income | A | Dividend | K | T | Sold<br>(part) | 04/07/20 | J | A | |
| 47. -Putnam Multi Cap Core | A | Dividend | J | T | Sold<br>(part) | 03/25/20 | J | A | |
| 48. -Highland Small Cap | | None | | | Sold | 03/12/20 | J | A | |
| 49. -Principal Balance | A | Dividend | J | T | Sold<br>(part) | 03/25/20 | J | | |
| 50. -AM Beacon Global Frontier | A | Dividend | J | T | | | | | |
| 51. -AM Balance Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 7/6/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Putnam HI Yield | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 53.   -Prinicpal HI Yield | A | Dividend | J | T | Buy | 04/07/20 | J | | |
| 54.   -JNL/American Funds New World | | None | J | T | Buy | 11/04/20 | J | | |
| 55.   -JNL/BlackRock Large Cap Growth | | None | J | T | Buy | 11/04/20 | J | | |
| 56.   -JNL/Morgan MidCap Growth | | None | J | T | Buy | 11/04/20 | J | | |
| 57.   -JNL/Invesco Small Cap Growth | | None | J | T | Buy | 11/04/20 | J | | |
| 58.   -JNL/American Fund Balance | | None | J | T | Buy | 11/04/20 | J | | |
| 59.   -JNL/Vanguard Moderate ETF | | None | J | T | Buy | 03/12/20 | J | | |
| 60.   -JNL/Global Multisector Bond | | None | J | T | Buy | 03/12/20 | J | | |
| 61.   -JNL/WMC Gov't Money Market | | None | J | T | Buy | 03/25/20 | J | | |
| 62.   -JNL/WMC Gov't Money Market | | None | J | T | Sold<br>(part) | 11/04/20 | J | A | |
| 63.   -JNL/PIMCO Investment Credit Bond | | None | | | Sold | 11/04/20 | J | A | |
| 64.   -JNL/JP Morgan US Gov't & Quality Bond | | None | J | T | Buy | 03/12/20 | J | | |
| 65.   -JNL/Franklin Templeton Global<br>Multisector Bond | | None | J | T | Buy | 03/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 7/6/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1)  Part VII, Lines 26-65:  These assets are in ▇▇▇▇▇ Revocable Living Trust; I am Trustee and a named beneficiary.  I have no current financial interest or income from these assets or from the Living Trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 7/6/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Millett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544